# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

KENNETH WEBERG,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA, et al.,

Defendant.

CASE NO. 09cv0277-MMA(BGS)

**ORDER:**

**GRANTING JOINT MOTION FOR DISMISSAL OF CERTAIN DEFENDANTS WITH PREJUDICE;**

[Doc. No. 72]

**GRANTING JOINT MOTION FOR DISMISSAL OF HUGO LEON WITH PREJUDICE;**

[Doc No. 75]

**DENYING DEFENDANT ANTONIO ARELLANO'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS MOOT;**

[Doc. No. 68]

**DENYING DEFENDANT HUGO LEON'S MOTION FOR SUMMARY JUDGMENT AS MOOT;**

[Doc. No. 57]

**VACATING ALL HEARING DATES AND DEADLINES**

/ / /

/ / /

On October 3, 2011, Plaintiff Kenneth Weberg and Defendants United States, Ronald Findley, James Williams, Jose Petris, Antonio Arellano, and Hugo Leon (collectively, the "parties") filed a notice of voluntary dismissal of certain defendants pursuant to Federal Rule of Civil Procedure 41(a)(1), requesting the Court to dismiss Defendants Ronald Findley, James Williams, Jose Petris and Antonio Arellano, with prejudice. [Doc. No. 72.] On the same day, Defendant United States filed a notice of settlement, and requested the Court vacate all remaining dates on the Court's calendar to allow the parties ninety days to file dispositional documents. [Doc No. 73.] On October 4, the parties also filed a joint motion to dismiss Hugo Leon with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). [Doc. No. 75.] The parties' joint motions affect Defendants Hugo Leon's and Antonio Arellano's motions for summary judgment, filed on August 24, 2011 and September 9, 2011, respectively.

Having considered the parties' joint motions, and good cause appearing, the Court hereby **GRANTS** (1) the parties' joint motion for dismissal of Defendants Ronald Findley, James Williams, Jose Petris and Antonio Arellano [Doc No. 72], and (2) the parties' joint motion for dismissal of Hugo Leon. [Doc. No. 75.] Accordingly, the Court **ORDERS** as follows:

1. Plaintiff's action against Defendants Ronald Findley, James Williams, Jose Petris, Antonio Arellano and Hugo Leon is **DISMISSED WITH PREJUDICE**.

2. Defendant Hugo Leon's motion for summary judgment [Doc. No. 57] is **DENIED AS MOOT**.

3. Defendant Antonio Arellano's motion for partial summary judgment [Doc. No. 68] is **DENIED AS MOOT**.

4. All remaining hearing dates and deadlines for the above-captioned action are **VACATED**. The remaining parties shall file a joint motion to dismiss within ninety days of this Order. If a request for dismissal is not filed, the vacated deadlines shall be reset.

/ / /

/ / /

/ / /

**IT IS SO ORDERED.**

DATED: October 5, 2011

Hon. Michael M. Anello
United States District Judge